THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER THOMAS ASTA, Appellant, v. JOHN T. DEEGAN, as Warden of Sing Sing Prison, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Westchester County, entered January 6, 1969, which dismissed the writ. Appeal dismissed as moot, without costs. Relator having been released from custody pending this appeal is not restrained in his liberty and is not entitled to a writ of habeas corpus (CPLR 7002, subd. [a]). Hopkins, Acting P. J., Munder, Kleinfeld, Brennan and Benjamin, JJ., concur.

## (March 13, 1970)

In the Matter of DIONYSIOS SPIROS SPYROPOULOS, Petitioner.— Motion by petitioner for leave to reargue his application for admission to the Bar without examination or for leave to appeal to the Court of Appeals from the order of this court, entered January 19, 1970, which denied the application. Motion denied in all respects. On the court's own motion, its decision dated January 19, 1970 (33 A D 2d 916) is amended to read as follows: "Application by petitioner for admission to the Bar of the State of New York without examination, on the ground that he was admitted to practice as an attorney in Greece, including Patras. Application denied. Petitioner's practice of law in Greece, including Patras, does not constitute the practice of law in a foreign country whose jurisdiction is based upon the principles of the English common law, within the meaning of paragraph (a) of subdivision (1) of Rule VII of the Rules of the Court of Appeals for Admission of Attorneys and Counselors-at-Law [22 NYCRR 527.1 (a)]." Beldock, P. J., Christ, Rabin, Hopkins and Munder, JJ., concur.

In the Matter of LOUIS WOLFISH, Respondent. SOLOMON A. KLEIN, Petitioner.— Four motions by respondent, each (1) to reconsider and reargue petitioner's motion to confirm a report, which motion resulted in an order of this court disbarring respondent, entered November 25, 1969, (2) or for leave to appeal to the Court of Appeals from said order, and (3) to stay the operation of said order. Motions denied in all respects. Beldock, P. J., Christ, Rabin, Hopkins and Munder, JJ., concur.